**Boaz RAFAELI, Appellant,**

v.

**Howard SHALOWITZ, Respondent.**

**No. ED 88274.**

Missouri Court of Appeals,
Eastern District,
Division Two.

June 12, 2007.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Aug. 13, 2007.

Application for Transfer Denied
Sept. 25, 2007.

Christopher S. Swiecicki, Chesterfield, MO, for appellant.

Steven H. Schwartz, St. Louis, MO, for respondent.

Before GEORGE DRAPER III, P.J., ROBERT G. DOWD, JR., J., and PATRICIA L. COHEN, J.

## *ORDER*

PER CURIAM.

Boaz Rafaeli (Plaintiff) appeals from the order entered by the Circuit Court of St. Louis County granting summary judgment to Howard Shalowitz (Defendant) on Plaintiff's suit for professional negligence and fraudulent misrepresentation. We affirm.

We have reviewed the briefs of the parties and the record on appeal. An extended opinion reciting the detailed facts and restating the principles of law applicable to this case would have no precedential value. We have, however, provided a memorandum for the use of the parties only setting forth the reasons for our decision.

We affirm the award pursuant to Rule 84.16(b).